646

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

The COLD METAL PROCESS COMPANY, Respondent.

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

The LEON A. BEEGHLY FUND, The Union National Bank of Youngstown, Ohio, Trustee, Respondent.

Nos. 13049, 13050.

United States Court of Appeals Sixth Circuit.

Nov. 21, 1956.

Charles K. Rice, John Potts Barnes and Lee A. Jackson, Washington, D. C., for cross-petitioner.

Howard F. Burns, Baker, Hostetler & Patterson, Cleveland, Ohio, for cross-respondents.

PER CURIAM.

Pursuant to the agreement of counsel, it is ordered that the cross-petitions of the Commissioner of Internal Revenue in these cases be and they hereby are dismissed. 25 T.C. 1333.

Warren H. CORNING and Maud E. Corning, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Warren H. CORNING, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 12778, 12779.

United States Court of Appeals Sixth Circuit.

Nov. 1, 1956.

Barring Coughlin and David A. Gaskill, Thompson, Hine & Flory, Cleveland, Ohio, for petitioner.

Charles K. Rice, John Potts Barnes, Lee A. Jackson and Loring W. Post, Washington, D. C., for respondent.

Before SIMONS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record and the briefs of the parties and the argument of counsel, the Court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision herein reviewed be and is hereby affirmed upon the opinion of the Tax Court. 24 T.C. 907.